UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DESMOND QUICK,

                              Plaintiff,

                                                          DECISION AND ORDER

                                                          07-CV-6606L

                              v.

LIEUTENANT THOMAS DIXON, et al.,

                              Defendants.
_____

By letter dated May 15, 2009 (Dkt. #15), plaintiff requests leave to withdraw and dismiss his complaint. Pursuant to FED. R. CIV. P. 41(a)(2), plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                        _____
                                          DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       May 18, 2009.